**United States District Court**

**for the Southern District of New York**

| | | |
|---|---|---|
| Zhu Tao | ) | Case No.          *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| **-v-** | ) | |
| PricewaterhouseCoopers International Limited; PricewaterhouseCoopers LLP; Wilson Chow; William H. Burck; John B. Quinn | ) | |
| *Defendant(s)* | ) | |
| | ) | Jury Trial: *(check one)*     Yes |
| | | No |

---

**COMPLAINT FOR A CIVIL CASE**

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Name                    Zhu Tao

Street Address          中华人民共和国江西省吉安市吉水县和平新村 64 号

City and County                          JiShui County, Ji'an City

State and Zip Code                       Jiangxi Province, 331600

Telephone Number                         +86 18179628144

E-mail Address                           z1173640605@gmail.com

**B. The Defendant(s)**

**Defendant No. 1**

Name                                     PricewaterhouseCoopers International Limited

Job or Title *(if known)*                Parent Entity of the PwC Global Network

Street Address                           1 Embankment Place

City and County                          London

State and Zip Code                       WC2N 6RH

Telephone Number                         +44 20 7583 5000

E-mail Address *(if known)*              N/A

**Defendant No. 2**

Name                                     PricewaterhouseCoopers LLP

Job or Title *(if known)*                PwC's United States Member Firm

Street Address                                    300 Madison Avenue

City and County                                   New York

State and Zip Code                                NY 10017

Telephone Number                                  +1 (646) 471-4000

E-mail Address *(if known)*                       N/A

**Defendant No. 3**

Name                                              Wilson Chow

Job or Title *(if known)*                         Global TMT Industry Leader, PwC

Street Address                                    PwC China Shenzhen Office

City and County                                   Shenzhen

State and Zip Code                                Guangdong Province, China

Telephone Number                                  N/A

E-mail Address *(if known)*                       wilson.wy.chow@cn.pwc.com

**Defendant No. 4**

Name                                              William H. Burck

Job or Title *(if known)*                         Global Co-Managing Partner, Quinn Emanuel Urquhart & Sullivan, LLP

Street Address                         51 Madison Avenue, 22nd Floor

City and County                        New York

State and Zip Code                     NY 10010

Telephone Number                       N/A

E-mail Address *(if known)*            N/A

**Defendant No. 5**

Name                                   John B. Quinn

Job or Title *(if known)*              Founder and Chairman, Quinn Emanuel Urquhart & Sullivan, LLP

Street Address                         51 Madison Avenue, 22nd Floor

City and County                        New York

State and Zip Code                     NY 10010

Telephone Number                       N/A

E-mail Address *(if known)*            N/A

**II. Basis for Jurisdiction**

☒ Federal question

☒ Diversity of citizenship

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes: 28 U.S.C. § 1331 (Federal Question), 18 U.S.C. § 1030

(Computer Fraud and Abuse Act), 18 U.S.C. § 1343 (Wire Fraud), 9 U.S.C. § 4 (Federal Arbitration Act, Petition to Compel Arbitration), 9 U.S.C. § 206 (Enforcement of Arbitration Agreements under the New York Convention).

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.   The Plaintiff(s)

a. The plaintiff, Zhu Tao, is a citizen of the State of China.

    2.   The Defendant(s)

a. The defendant, PricewaterhouseCoopers International Limited, is incorporated under the laws of United Kingdom.

b. The defendant, PricewaterhouseCoopers LLP, is incorporated under the laws of the State of Delaware, United States and has its principal place of business in the State of New York, United States.

c. The defendant, Wilson Chow, is a citizen of China.

d. The defendant, William H. Burck, is a citizen of the State of New York, United States.

e. The defendant, John B. Quinn, is a citizen of the State of New York, United States.

    3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more
than
$75,000, not counting interest and costs of court, because the Plaintiff seeks compensatory damages in excess$ 2,000,000,000 arising from the Defendants' misappropriation of the Plaintiff's proprietary intellectual property, fraudulent conduct, and systematic obstruction of the Plaintiff's access to legal counsel and an arbitral forum.

**III. Statement of Claim**

1. This action is brought as a Petition to Compel Arbitration in conjunction with a claim for damages, pursuant to 9 U.S.C. § 4 and 9 U.S.C. § 206.

2. Plaintiff Zhu Tao is an external professional consultant and SEC Whistleblower (TCR #17757-398-558-458) who provided proprietary risk mitigation logic to Defendants in connection with a $1.1 billion asset restructuring engagement.

3. Subsequent to the unauthorized execution of Plaintiff's proprietary plan, Defendants engaged in a pattern of intellectual property theft, fraudulent representations, whistleblower retaliation, and a deliberate administrative

blockade, including over 192 instances of unauthorized digital access to Plaintiff's confidential materials.

4. Plaintiff has been subjected to a systemic legal blockade, with over 20 leading U.S. law firms declining or refusing to provide representation due to conflicts of interest with the PwC global network, effectively depriving Plaintiff of access to counsel and an arbitral forum.

5. Plaintiff has a pending arbitration before JAMS (Ref #5425005584) which cannot formally proceed without a court order listing JAMS as the arbitration provider, as there is no contractual arbitration clause between the parties and all Defendants have refused to consent voluntarily.

6. Plaintiff respectfully requests that this Court compel the parties to proceed to arbitration, appoint JAMS as the arbitration provider, and/or award damages in the alternative.

## IV. Relief

Plaintiff respectfully requests that this Court:

1. Issue an order compelling Defendants to arbitrate this dispute before JAMS;

2. Appoint JAMS (Ref #5425005584) as the arbitration provider for this matter;

3. In the alternative, award Plaintiff compensatory damages of $2,000,000,000 against Defendants for intellectual property theft, fraud, and obstruction of justice;

4. Award punitive damages in an amount to be determined at trial for Defendants' willful and malicious conduct;

5. Grant Plaintiff such other and further relief as this Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2026−05−12

Signature of Plaintiff Zhu Tao

Printed Name of Plaintiff Zhu Tao

**B. For Attorneys**

*(Leave blank – Plaintiff is proceeding pro se.)*

---

**Filing Instructions:**

1. **How to File:** You can file the complaint electronically using the court's CM/ECF system (if you obtain permission) or by personally delivering it to the Clerk's Office at: **United States District Court, Southern District of New York, 500 Pearl Street, Room 120, New York, NY 10007**. You can also mail it to that address.

2. **Filing Fee:** The standard filing fee to file a new civil action is $**405.00** $, and you must also pay a $52.00 administrative fee for a total of **$457.00**.

3. **Application to Waive Fees:** Since you are an individual without significant income, you can ask the court to waive the filing fee by completing and filing the attached "Application to Proceed in District Court Without Prepaying Fees or Costs (IFP Application)". This is the same form you identified as the "poor person form" earlier. **Start there, as it must be decided first.**

4. **Alternative:** After filing your complaint, the court will review your petition to compel arbitration and may hold a hearing or rule directly on the papers. Service of the summons and complaint on the defendants will be required, but you may ask the court for additional time to complete service given the international nature of the case.